Leonard M. Shulman - Bar No. 126349
Lynda T. Bui - Bar No. 201002
Brandon J. Iskander - Bar No. 300916
**SHULMAN HODGES & BASTIAN LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:   (949) 340-3400
Facsimile:    (949) 340-3000
Email:          LShulman@shbllp.com
                    LBui@shbllp.com
                    BIskander@shbllp.com

Attorneys for Sam S. Leslie, Plaintiff and Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>**LEVON ISADZHANYAN dba LSI GENERAL ENGINEERING & CONSTRUCTION COMPANY,**<br><br>           Debtor. | Case No. 2:17-bk-21775-BB<br><br>Chapter 7<br><br>Adv No. 2:18-ap-01430-BB<br><br>**NOTICE OF RECORDING OF NOTICE OF PENDING ACTION RE 3036 TRUDI LANE, BURBANK, CALIFORNIA 91504**<br><br>[No Hearing Required] |
| **SAM S. LESLIE, solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of LEVON ISADZHANYAN,**<br><br>           Plaintiff,<br><br>     vs.<br><br>**NINA ALABERDYAN, an individual,**<br><br>           Defendant | |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that a Notice of Pendency of Action re 3036 Trudi Lane, Burbank, California 91504 was recorded in the Official Records of the County of Los Angeles by Sam S. Leslie, Chapter 7 Trustee for the bankruptcy estate of Levon Isadzhanyan ("Debtor"), on December 19, 2018, Document No. 20181288109. A true and correct copy of the Notice is attached hereto.

**SHULMAN HODGES & BASTIAN LLP**

DATED: December 21, 2018    By:    /s/ Brandon J. Iskander
Leonard M. Shulman
Lynda T. Bui
Brandon J. Iskander
Attorneys for Sam S. Leslie, Plaintiff and Chapter 7 Trustee

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5466-500\1226088.1    2

# RECORDED NOTICE OF PENDENCY OF ACTION

**This page is part of your document - DO NOT DISCARD**



## 20181288109



**Pages:**
**0006**

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**12/19/18 AT 10:49AM**

|  |  |
|---|---|
| FEES: | 32.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 107.00 |



**LEADSHEET**



201812193250019

**00016090606**



009528876

**SEQ:**
**01**

DAR - Counter (Upfront Scan)



**THIS FORM IS NOT TO BE DUPLICATED**

E497026

Record at the request of,
and when recorded, return to:
Brandon J. Iskander, Esq.
Shulman Hodges & Bastian LLP
100 Spectrum Center Drive, Suite 600
Irvine, California 92610



(SPACE ABOVE THIS LINE FOR RECORDER'S USE)

## NOTICE OF PENDING ACTION [LIS PENDENS]

DOCUMENT TITLE

SEPARATE PAGE, PURSUANT TO GOVT. CODE 27361

Leonard M. Shulman - Bar No. 126349
Lynda T. Bui – Bar No. 201002
Brandon J. Iskander - Bar No. 300916
**SHULMAN HODGES & BASTIAN LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:     (949) 340-3400
Facsimile:       (949) 340-3000
Email:            LShulman@shbllp.com;
                      LBui@shbllp.com;
                      BIskander@shbllp.com

Attorneys for Sam S. Leslie, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**LEVON ISADZHANYAN**<br>**dba LSI GENERAL ENGINEERING &**<br>**CONSTRUCTION COMPANY,**<br><br>              Debtor.<br><br>**SAM S. LESLIE, solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of LEVON ISADZHANYAN,**<br><br>              Plaintiff,<br><br>       vs.<br><br>**NINA ALABERDYAN, an individual,**<br><br>              Defendant. | Case No. 2:17-bk-21775-BB<br><br>Chapter 7<br><br>Adv No. 2:18-ap-01430-BB<br><br>**NOTICE OF PENDING ACTION RE 3036 TRUDI LANE, BURBANK, CALIFORNIA 91504**<br><br>[No Hearing Required] |

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5425-500/Isadzhanyan (Leslie v. Alaberdyan)

1

**NOTICE IS HEREBY GIVEN** that on September 26, 2017, a Voluntary Petition under Chapter 7 of the Bankruptcy Code was filed by the above-named debtor, Levon Isadzhanyan ("Debtor"), initiating case no. 2:17-bk-21775-BB. Sam S. Leslie is the duly-appointed, qualified, and acting Chapter 7 Trustee in the above-referenced bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the above-captioned adversary action, adversary no. 2:18-ap-01430-BB, a case was commenced on December 10, 2018, by Sam S. Leslie, Chapter 7 Trustee ("Plaintiff") for the bankruptcy estate of the Debtor, against Nina Alaberdyan, an individual ("Defendant"), concerning the legal and equitable interest in residential real property located at 3036 Trudi Lane, Burbank, California 91504, Assessor's Parcel Number 2471-025-013 ("Property"), legally described as follows:

> Lot(s) 48 of Tract No 18923, in the City of Burbank,
> County of Los Angeles, State of California, as per map
> recorded in Book 576 Page(s) 1 to 5, inclusive of Maps,
> in the office of the County Recorder of said County.

The object of Plaintiff's claims include, among other things, declaratory relief and turnover of the legal and equitable interests in the Property for the benefit of the Debtor's bankruptcy estate pursuant to 11 U.S.C. §§ 105, 541, 542, and 544.

**SHULMAN HODGES & BASTIAN LLP**

DATED: December 18, 2018    By: /s/

Leonard M. Shulman
Lynda T. Bui
Brandon J. Iskander
Attorneys for Plaintiff Sam S. Leslie
Chapter 7 Trustee for the bankruptcy estate of
Levon Isadzhanyan

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5425-500/Isadzhanyan (Leslie v. Alaberdyan)

2

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____Orange_____ )

On __December 18, 2018__ before me, __S. Sausser, Notary Public__
(insert name and title of the officer)

personally appeared __Lynda T. Bui__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

S. SAUSSER
Commission # 2108922
Notary Public - California
Orange County
My Comm. Expires Apr 26, 2019

Signature __S. Sausser__    (Seal)

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF PENDING ACTION RE 3036 TRUDI LANE, BURBANK, CALIFORNIA 91504** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **December 18, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Defendant – Via Certified Mail**
Nina Alaberdyan
3036 Trudi Ln
Burbank, CA 91504-1643

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 18, 2018 | Nicole Carlson | *Nicole Carlson* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                        F 9013-3.1.PROOF.SERVICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF RECORDING OF NOTICE OF PENDING ACTION RE 3036 TRUDI LANE, BURBANK, CALIFORNIA 91504** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 21, 2018  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **COUNSEL FOR CHAPTER 7 TRUSTEE/PLAINTIFF: Brandon J Iskander**    biskander@shbllp.com, ncarlson@shbllp.com
- **INTERESTED PARTY: United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) December 21, 2018 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy**
The Honorable Sheri Bluebond
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street
Los Angeles, CA 90012

**Defendant**
Nina Alaberdyan
3036 Trudi Ln
Burbank, CA 91504-1643

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 21, 2018 | Nicole Carlson | */s/ Nicole Carlson* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE